District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: International Judicial Assistance in:<br><br>TANKUT KARAHAN,<br><br>                       Plaintiff,<br><br>   v.<br><br>TURKAN MERVE KARAHAN,<br><br>                       Defendant. | CASE NO. 2:20-mc-00028-RSL<br><br>ORDER APPOINTING COMMISSIONER PURSUANT TO 28 U.S.C. § 1782 |

Upon application of the United States of America, on behalf the Embassy of the Republic of Turkey, at the direction of the 15th Family Court, Istanbul, Republic of Turkey, seeking information from Expedia Group ("Expedia) who resides within the jurisdiction of this Court, for use in a judicial proceeding in Turkey and the Court having read the Letter of Request (Exhibit A to the Declaration of Christina Fogg, Dkts. 1-4,) from the Embassy of the Republic of Turkey, at the direction of the 15th Family Court, Istanbul, Republic of Turkey and being fully informed in the premises, it is hereby

//

Order Appointing Commissioner
Pursuant to 28 U.S.C. § 1782(a) - 1
Case No. 2:20-mc-00028-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ORDERED, pursuant to the authority contained in 28 U.S.C. § 1782 that Christina Fogg, Assistant United States Attorney for the Western District of Washington, is hereby appointed as Commissioner to take such steps as are necessary to obtain information from Expedia in conformity with the legally-permissible portions of the Letter of Request (as set forth in Exhibit A to the Declaration of Christina Fogg, Dkt. 1-4), to certify the information provided by Expedia in response thereto, to submit such answers to the United States Attorney for the Western District of Washington for transmission to the Office of International Judicial Assistance, United States Department of Justice, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

Dated this 21st day of April, 2020.

*[signature]*
Robert S. Lasnik
United States District Court Judge

Order Appointing Commissioner
Pursuant to 28 U.S.C. § 1782(a) - 2
Case No. 2:20-mc-00028-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970